> **Motion DENIED.**
>
> This the 30th day of March, 2016.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED MAR 09 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

The United States District Court
Eastern District of North Carolina
7:04CR00083-001FL

| The United States of America; | |
|---|---|
| vs. Cedreco L. Simpson | Defendant's Motion -&- Motion for Revocation of Probationary Sentence |
| Defendant. | |

To The U.S. District Court Judge for the Eastern District,

Now comes the Petitioner, (defendant) Cedreco L. Simpson to move, and he will now move's this Court to Grant him, as due [R]evocation of the Probationary Sentence for 24 months.

Revocation of such is requested to occur, based upon the aforementioned facts, and matters of applicable Federal Laws. (SEE: USCA 8th. + 14th. Amend's).

1.