> **Motion DENIED.**
>
> This the 9th day of May, 2016.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED
APR 0 6 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

In The United States District Court For The 4th. Circuit
(EASTERN DISTRICT)
C/A# 7:04CR00083-001FL

U.S. of America,

vs.

Cedeeco L. Simpson,
Defendant.

Petition For Injunctive Relief & Motion For Relief from Judgment
Fed. R. Civ. P. Rule 60(b)

## Petition For Injunctive Relief FRCP. R. 60(b)

The defendant Mr. Simpson, hereby Petitions this Court for an injunctive Relief, and motion for Relief from the Judgment imposed upon him in this Court on the date of 30, March 2016, and these Motion's have been made pursuant to Fed. R. Civ. P. Rule 60(b).

1.) The defendant Mr. Simpson