IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-83-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CEDRECO L. SIMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with Fed. R. Crim. P. 32.1(a)(5), this matter came before this court today for a preliminary examination regarding the government's petition on Defendant's supervised release, and for a hearing on the government's motion to detain Defendant pending further proceedings.

At the commencement of the consolidated hearings, Defendant stated to the court his intention to waive the preliminary examination. Defendant and his counsel executed the requisite paperwork memorializing Defendant's desire to waive the preliminary examination. After conducting an inquiry of Defendant and his counsel in open court, this court finds that Defendant has waived his right to a preliminary examination knowingly and voluntarily and the court accepts Defendant's waiver of his right to a preliminary examination. Accordingly, Defendant's case shall proceed for a determination on the government's motion.

The court has by separate order set conditions of Defendant's release.

SO ORDERED, the 12th day of February 2018.

_____
Robert B. Jones, Jr.,
United States Magistrate Judge